CLEMENTINE M. SILVERMAN et al., Respondents, *v.* LOUIS MINSKY, Appellant.

*Silverman* v. *Minsky*, 109 App. Div. 1, affirmed.
(Argued October 24, 1906; decided November 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 23, 1905, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to annul a contract for the purchase of real property because of alleged fraudulent representations.

*Isaac Moss* and *Benjamin F. Feiner* for appellant.

*J. Charles Weschler* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: GRAY, J.

---

JERDEN BRONK, Respondent, *v.* THE BINGHAMTON RAILROAD COMPANY, Appellant.

*Bronk* v. *Binghamton R. R. Co.*, 111 App. Div. 910, affirmed.
(Argued October 25, 1906; decided November 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 10, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*Thomas J. Keenan* for appellant.

*A. D. Wales* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Absent: GRAY, J. Not sitting: CHASE, J.